THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**DAVID BARRETT YOUNG III, et al.,**

**v.**

**DANIEL BOONE AREA SCHOOL DISTRICT,** *et al.*

**CIVIL ACTION**

**No. 24-4729**

## ORDER

**AND NOW**, this 25th day of February, 2026, upon consideration of the Motion to Dismiss filed by defendant Amity Township Police Department (ATPD) and the Motion to Dismiss filed by defendants Daniel Boone Area Intermediate Center ("the School") and Daniel Boone Area School District ("the District"), and the oppositions thereto, it is hereby **ORDERED**:

1.  The Motion to Dismiss the Amended Complaint filed by ATPD (ECF 40) is **GRANTED**. The counts against ATPD are **DISMISSED**.

2.  The Motion to Dismiss the Second Amended Complaint filed by the School and the District (ECF 39) is **GRANTED**. The counts against the School and the District are **DISMISSED**.

3.  Plaintiffs' briefs in response (ECF 42 and 43) are **CONSTRUED AS MOTIONS** for leave to amend the complaint. Those motions are **DENIED WITHOUT PREJUDICE**. If, during the pendency of the case going forward, the plaintiffs come across information sufficient to amend the complaint and thereby overcome dismissal, they may move for leave to do so.

**BY THE COURT**:

*s/ Catherine Henry*
**CATHERINE HENRY, J.**